ORDER: The motion (Doc. No. 82) is GRANTED.

*/s/ William L. Campbell Jr.*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 2:22-cr-00018 |
| v. | ) | CHIEF JUDGE CAMPBELL |
| | ) | |
| | ) | |
| DAVID LYNN VANNELLI | ) | |

### MOTION TO CONDUCT RESTITUTION HEARING IN DEFENDANT'S ABSENCE

David Vannelli, through undersigned counsel, hereby moves this Honorable Court to conduct the restitution hearing that is presently set for Monday, June 16, 2025, at 3:30 p.m. in Mr. Vannelli's absence.

On March 26, 2025, this Court held a sentencing hearing and sentenced Mr. Vannelli to 252 months imprisonment. At the request of the parties, this Court deferred the determination of restitution (Doc. No. 71). On March 28, 2025, this Court issued an order setting a restitution hearing on May 8, 2025, at 1:30 p.m. (Doc. No. 73). However, Mr. Vannelli was transported to the Bureau of Prisons prior to May 8, 2025. At the scheduled hearing on May 8, 2025, this Court continued the restitution hearing until June 16, 2025. Defense counsel advised the Court that he would consult with Mr. Vannelli concerning whether he wished to be present at the June 16, 2025 restitution hearing.

Mr. Vannelli has now advised defense counsel that he does not wish to attend the June 16, 2025 restitution hearing or be transported from the Bureau of Prisons for